# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131186

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRADLEY JAMES SMIT,
        Defendant-Appellant.

SC: 131186
COA: 268225
Manistee CC: 04-003483-FH

_____/

     On order of the Court, the application for leave to appeal the March 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

s1122